UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAMES DILLON )<br>    Plaintiff )<br>)<br>V. )<br>)<br>EXPEDITION FISHING CO., INC. )<br>    Defendant )<br>) | Civil Action<br><br>No. 05-cv-11352-RWZ |

**STUPULATION OF DISMISSAL**

    Now comes the Plaintiff in the above captioned matter and pursuant to F.R.Civ.P. 41 dismisses the above the action with prejudice and without cost to any party.

                Respectfully submitted for the
                the Plaintiff, James Dillon,
                by his attorney,


                /s/ David F. Anderson
                David F. Anderson, BBO 560994
                Latti & Anderson LLP
                30-31 Union Wharf
                Boston, MA 02109
                (617) 523-1000

Dated: October 30, 2005